# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 18, 2014

## NO. 03-13-00500-CV

**William Earl Sheridan, Appellant**

**v.**

**Angelia Harrington, Appellee**

### APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the district court on April 16, 2013. Having reviewed the record, the Court holds that William Earl Sheridan has not prosecuted his appeal and did not comply with a notice from the clerk of this court. The appeal is thus subject to dismissal. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.